1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   THERESA BROOKE,                          Case No. 1:25-cv-01142-KES-CDB

12                    Plaintiff,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, DECLINING
13          v.                               SUPPLEMENTAL JURISDICTION OVER
                                             PLAINTIFF'S STATE LAW CLAIMS, AND
14   GOLDEN VALLEY HOSPITALITY               DISMISSING STATE LAW CLAIMS
     LLC,                                     WITHOUT PREJUDICE
15
                     Defendant.              Doc. 7
16

17          Plaintiff Theresa Brooke initiated this action with the filing of a complaint against

18   defendant Golden Valley Hospitality LLC on September 7, 2025, alleging violations of the

19   Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act ("Unruh

20   Act"). Doc. 1.

21          On September 9, 2025, the assigned magistrate judge issued an order requiring plaintiff to

22   show cause regarding supplemental jurisdiction. Doc. 4. Plaintiff timely responded. Doc. 5. On

23   September 16, 2025, the assigned magistrate judge issued findings and recommendations,

24   recommending that the Court (1) decline to exercise supplemental jurisdiction over plaintiff's

25   claims arising under state law pursuant to 28 U.S.C. § 1367(c)(4) and (2) dismiss plaintiff's

26   Unruh Act claims without prejudice to plaintiff's filing of these claims in state court. Doc. 7 at 8.

27   The findings and recommendations were served on plaintiff and provided notice that plaintiff had

28   14 days to file objections. *Id.* Plaintiff did not file objections and the time to do so has passed.

1        In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

2   this case.  Having carefully reviewed the file, the Court concludes that the findings and

3   recommendations are supported by the record and by proper analysis.

4        Accordingly:

5   1.   The findings and recommendations, issued on September 16, 2025 (Doc. 7), are

6        adopted in full;

7   2.   The Court declines to exercise supplemental jurisdiction over plaintiff's claims arising

8        under state law pursuant to 28 U.S.C. § 1367(c)(4); and

9   3.   Plaintiff's Unruh Act claims are dismissed without prejudice to plaintiff's filing of

10       these claims in state court.

11

12

13   IT IS SO ORDERED.

14       Dated:    October 17, 2025

                              UNITED STATES DISTRICT JUDGE

2